# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HELFERICH PATENT LICENSING, L.L.C., an Illinois Limited Liability Company,<br>    *Plaintiff,*<br><br>    v.<br><br>THE NEW YORK TIMES COMPANY, a New York Corporation,<br>    *Defendant.* | No. 1:10-cv-04387<br><br>Hon. John W. Darrah |
| HELFERICH PATENT LICENSING, L.L.C., an Illinois Limited Liability Company,<br>    *Plaintiff,*<br><br>    v.<br><br>G4 MEDIA, LLC, a Delaware Limited Liability Company,<br>    *Defendant.* | No. 1:11-cv-07395<br><br>Hon. John W. Darrah |
| HELFERICH PATENT LICENSING, L.L.C., an Illinois Limited Liability Company,<br>    *Plaintiff,*<br><br>    v.<br><br>CBS CORPORATION, a Delaware Corporation,<br>    *Defendant.* | No. 1:11-cv-07607<br><br>Hon. John W. Darrah |

| | |
|---|---|
| HELFERICH PATENT LICENSING, L.L.C., an Illinois Limited Liability Company,<br>*Plaintiff,*<br><br>v.<br><br>BRAVO MEDIA, LLC,<br>a New York Limited Liability Company,<br>*Defendant.* | No. 1:11-cv-07647<br><br>Hon. John W. Darrah |
| HELFERICH PATENT LICENSING, L.L.C., an Illinois Limited Liability Company,<br>*Plaintiff,*<br><br>v.<br><br>J.C. PENNEY CORPORATION, INC.,<br>a Delaware Corporation,<br>*Defendant.* | No. 1:11-cv-09143<br><br>Hon. John W. Darrah |

**DEFENDANTS' JOINT MOTION FOR
SUMMARY JUDGMENT OF PATENT EXHAUSTION**

Upon the accompanying Defendants' Joint Memorandum of Law in Support of Their Motion for Summary Judgment of Patent Exhaustion, dated March 12, 2013, the accompanying Defendants' Joint Statement of Undisputed Facts Material to Their Motion For Summary Judgment of Patent Exhaustion, all exhibits attached thereto, and all other prior pleadings and proceedings herein, defendants in the above-captioned matters hereby move for summary judgment (pursuant to Federal Rule of Civil Procedure 56) on the ground that the asserted patents are exhausted as to Plaintiff Helferich Patent Licensing, L.L.C.'s infringement claims.

Dated: March 12, 2013

Respectfully submitted,

 /s/ Brian M. Buroker
Brian M. Buroker
Matthew F. Chandler
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, District of Columbia  20036
Tel: (202) 955-8541

Michael R. Weiner (Ill. Bar No. 06217025)
Julianne Marie Hartzell (Ill. Bar No. 06270593)
**MARSHALL, GERSTEIN & BORUN LLP**
233 South Wacker Drive
6300 Sears Tower
Chicago, Illinois 60606-6357
Tel: (312) 474-6300
mweiner@marshallip.com
jhartzell@marshallip.com

Kenneth Richieri, Esq. (Of Counsel)
The New York Times Company
620 Eighth Avenue, 17th Floor
New York, New York 10018
212-556-1995
richierk@nytimes.com

***Counsel for Defendant and Counterclaim Plaintiff The New York Times Company***

 /s/ R. David Donoghue
R. David Donoghue
Daniel L. Farris
Anthony J. Fuga
**HOLLAND & KNIGHT LLP**
131 South Dearborn Street, 30th floor
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312) 578-6666
david.donoghue@hklaw.com
daniel.farris@hklaw.com
Anthony.fuga@hklaw.com

J. Mitchell Herbert, Jr. (*pro hac vice*)
**HOLLAND & KNIGHT LLP**
10 St. James Ave., 11th Floor
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850
mitchell.herbert@hklaw.com

***Counsel for Defendant J.C. Penney Corporation, Inc.***

  /s/ Michael Markman
Michael M. Markman (N.D. Ill. ID No. 191388)
Robert Williams (N.D. Ill. ID No. 247428)
**COVINGTON & BURLING LLP**
One Front Street
San Francisco, CA 94111
Tel: (415) 591-6000
Fax: (415) 591-6091

David M. Airan
**LEYDIG, VOIT & MAYER, LTD.**
180 N. Stetson Avenue, Suite 4900
Chicago, IL 60601-6731
Tel: (312) 616-5600
Fax: (312) 616-5700

*Attorneys for Defendants G4 Media, LLC, CBS Corporation, and Bravo Media, LLC*

## **CERTIFICATE OF SERVICE**

I, Robert J. Williams, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 12th day of March, 2013, I caused to be served this DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT OF PATENT EXHAUSTION, via CM/ECF and electronic mail, upon the following counsel of record:

| | |
|---|---|
| Steven G. Lisa | Victoria Curtin |
| Donald J. Lisa | Victoria Gruver Curtin, PLC |
| James David Busch | 14555 North Scottsdale Road |
| Jon E. Kappes | Suite 160 |
| Justin Joseph Lesko | Scottsdale, AZ 85254 |
| Timothy Sperling | victoria@vcurtin.com |
| Law Offices of Steven G. Lisa, Ltd. | |
| 55 W. Monroe St., Suite 3210 | |
| Chicago, IL 60603 | Gerald Douglas Hosier |
| stevelisa@patentit.com | Law Offices of Gerald D. Hosier, Ltd. |
| donlisa@patentit.com | P.O. Box 12354 |
| jamesbusch@patentit.com | Aspen, CO 81612 |
| jonkappes@patentit.com | wizard@ozpd.com |
| justinlesko@patentit.com | |
| timsperling@patentit.com | |

    /s/ Robert J. Williams
    Robert J. Williams