## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Helferich Patent Licensing, LLC

          Plaintiff,

v.                  Case No.: 1:11−cv−07607
                 Honorable John W. Darrah

CBS Corporation

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 13, 2013:

  MINUTE entry before Honorable John W. Darrah: A protective order having previously been entered in the lead case, Helferich Patent Licensing, LLC. v. New York Times Co, 10−cv−04387, parties are granted leave to file documents under seal in this case. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.