**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HELFERICH PATENT LICENSING, LLC, | ) | |
| | ) | |
| v. | ) | No. 1:10-cv-04387 |
| | ) | |
| THE NEW YORK TIMES COMPANY, | ) | |

| | | |
|---|---|---|
| | ) | |
| HELFERICH PATENT LICENSING, LLC, | ) | |
| | ) | No. 1:11-cv-07395 |
| v. | ) | |
| | ) | |
| G4 MEDIA, LLC. | ) | |

| | | |
|---|---|---|
| | ) | |
| HELFERICH PATENT LICENSING, LLC, | ) | |
| | ) | No. 1:11-cv-07607 |
| v. | ) | |
| | ) | |
| CBS CORPORATION, | ) | |

| | | |
|---|---|---|
| | ) | |
| HELFERICH PATENT LICENSING, LLC, | ) | |
| | ) | No. 1:11-cv-07647 |
| v. | ) | |
| | ) | |
| BRAVO MEDIA, LLC | ) | |

| | | |
|---|---|---|
| | ) | |
| HELFERICH PATENT LICENSING, LLC, | ) | |
| | ) | No. 1:11-cv-9143 |
| v. | ) | |
| | ) | |
| J.C. PENNEY CORPORATION, INC. | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

For its Motion to Withdraw the Appearance of Donald J. Lisa, Plaintiff Helferich Licensing, LLC ("Helferich") states:

1. Helferich is presently represented in this matter on record by Steven G. Lisa, Jon E. Kappes, James David Busch and Justin Joseph Lesko of Law Offices of Steven G. Lisa, Ltd. ("SGL, LTD") and Victoria G. Curtin of Victoria Gruver Curtin, PLC ("VGC PLC").

2. Effective March 1, 2015, Donald J. Lisa retired from legal practice and, therefore, is longer in the employ of SGL, LTD.

3. Mr. Lisa, Mr. Kappes, Mr. Busch, Mr. Lesko and Ms. Curtin will continue to represent Helferich in this matter and therefore Helferich will not be adversely affected by granting the relief requested in this motion.

WHEREFORE, Plaintiff Helferich respectfully requests that this Court enter an Order withdrawing the appearance of Donald J. Lisa as counsel of record for Helferich.

Date: July 30, 2015

LAW OFFICES OF STEVEN G. LISA

By:/s/ Steven G. Lisa
Steven G. Lisa (Ill. State Bar # 6187348)
Jon E. Kappes (Ill. State Bar # 6291678)
Law Offices of Steven G. Lisa, Ltd.
55 East Monroe Street, Suite 3800
Chicago, Illinois 60603
Tel. & Fax: (312) 752-4357

Victoria Curtin (NDIL ID #010897)
Victoria Gruver Curtin, P.L.C.
14555 N. Scottsdale Rd., Ste. 160
Scottsdale, Arizona 85254
Tel.: (480) 998-3547
Fax: (480) 596-7956

Gerald D. Hosier (Ill. State Bar #7059)
Law Offices of Gerald D. Hosier, Ltd.
PO Box 12354
Aspen, CO 81612
(970) 920-3475

Attorneys for Plaintiff/Counterdefendant

2

## **CERTIFICATE OF SERVICE**

I Laura Keller certify that on July 30, 2015, I personally caused to be served, by CM/ECF filing, a true and correct copy of "MOTION FOR LEAVE TO WITHDRAW AS COUNSEL" to:

Michael R. Weiner
(mweiner@marshallip.com)
Julianne M. Hartzell
(jhartzell@marshallip.com)
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL  60606

Brian M. Buroker
bburoker@gibsondunn.com
Gibson, Dunn & Crutcher
1050 Connecticut Avenue, N.W.
Washington, DC  20006

Kenneth Richieri
(richierk@nytimes.com)
The New York Times Company
620 Eighth Avenue, 17th Floor
New York, New York 10018

Michael M. Markman
mmarkman@cov.com
Robert Williams
rwilliams@cov.com
Covington & Burling, LLP
One Front Street
San Francisco, CA  94111

Matthew B. Phelps
Covington & Burling, LLP
620 Eighth Avenue
New York, NY  10018-1405

/ / /
/ / /
/ / /

David M. Airan
dairan@leydig.com
John K. Winn
jwinn@leydig.com
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, Il  60601-6731

R. David Donoghue
david.donoghue@hklaw.com
Anthony J. Fuga
Holland & Knight LLP
131 S. Dearborn Street, 30th Floor
Chicago, IL  60603

Benjamin M. Stern
Holland & Knight LLP
10 St. James Avenue
Boston, MA  02116


*/s/ Laura Keller*
Laura Keller