## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Helferich Patent Licensing, LLC

                            Plaintiff,

v.                                           Case No.: 1:11–cv–07607
                                                     Honorable John W. Darrah

CBS Corporation

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 9, 2015:

      MINUTE entry before the Honorable John W. Darrah: Status hearing held and continued to 10/8/15 at 9:30 a.m. for further scheduling. Parties shall email an agreed scheduling order one week in advance of the status hearing. Case reopened.Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.